**Elishah HAWKINS, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 38690.**

Court of Criminal Appeals of Texas.

Nov. 10, 1965.

Rehearing Denied Jan. 5, 1966.

No Attorney of Record on Appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

The offense is simple assault; the punishment, $25 fine.

█ The record on appeal contains no statement of facts or bills of exception. The exceptions to the court's charge are not such as may be appraised in the absence of a statement of facts. Nothing is presented for review.

█ The judgment recites that appellant was guilty of the offense of "aggravated assault with a deadly weapon." The judgment is reformed to comply with the verdict of the jury finding appellant guilty of simple assault.

As reformed, the judgment is affirmed.